# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM STROUD-BOUTTE,<br>   Plaintiff, | :<br>:   CIVIL ACTION NO.<br>:   3:24-CV-01398-VDO |
| v. | : |
| FAIRFIELD UNIVERSITY,<br>   Defendant. | :<br>:   FEBRUARY 18, 2025 |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF THE COMPLAINT

The parties in the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), request that the Court dismiss the action with prejudice and without costs and/or attorney's fees to any party.

THE PLAINTIFF

By:  */s/Elizabeth Swedock*          Date:  2/18/2025
   Elizabeth Swedock
   Fed. Bar No. 028907
   Carey & Associates, P.C.
   71 Old Post Road, Suite One
   Southport, CT 06890
   (203) 255-4150 tel
   (203) 255-0380 fax
   eswedock@capclaw.com

THE DEFENDANT

By:   */s/Jonathan C. Sterling*        Date:   2/18/2025
Jonathan C. Sterling
Fed. Bar No. 24576
Carlton Fields, P.A.
One State Street
18th Floor
Hartford, CT 06103
Tel. (860) 392-5042
Fax (860) 392-5058
Email: jsterling@carltonfields.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


                                                      */s/ Jonathan C. Sterling*
                                                     Jonathan C. Sterling